United States Bankruptcy Court
Central District of California

In re:  
F.A. SOLIMAN MANAGEMENT, INC.  
      Debtor

Case No. 19-12206-VK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-1      User: admin      Page 1 of 1      Date Rcvd: Dec 20, 2019  
                        Form ID: pdf042      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2019.  
db         +F.A. SOLIMAN MANAGEMENT, INC.,   19528 Ventura Blvd., #348,   Tarzana, CA 91356-2917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2019 at the address(es) listed below:  
          David Seror (TR)   aquijano@bg.law, C133@ecfcbis.com  
          Lane M Nussbaum   on behalf of Interested Party   Rexford Industrial Realty, L.P. (Tarzana) lnussbaum@nussbaumapc.com, info@nussbaumapc.com  
          Matthew Abbasi   on behalf of Debtor   F.A. SOLIMAN MANAGEMENT, INC. matthew@malawgroup.com  
          United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov  
                                                                                                                           TOTAL: 4

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MATTHEW ABBASI, ESQ.; SBN 215030<br>ABBASI LAW CORPORATION<br>8889 WEST OLYMPIC BLVD., SUITE 240<br>BEVERLY HILLS, CALIFORNIA 90211<br>TEL: (310) 358-9341<br>FAX: (888) 709-5448<br>EMAIL: matthew@malawgroup.com | **FILED & ENTERED**<br><br>**DEC 20 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Bever    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| ☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: F.A. SOLIMAN MANAGEMENT, INC. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*SAN FERNANDO VALLEY* DIVISION**

| In re:<br><br>F.A. SOLIMAN MANAGEMENT, INC.<br><br><br><br><br>Debtor(s). | CASE NO.: 1:19-bk-12206-VK<br>CHAPTER: 7 |
|---|---|
| | **ORDER ON DEBTOR'S MOTION TO CONVERT CASE UNDER**<br>**11 U.S.C. §§ 706(a) or 1112(a)** |
| | [No Hearing Required] |

Pursuant to LBR 1017-1, Debtor moved to convert this chapter 7 case to a case under chapter 11.

FINDING that this case was not previously converted from another chapter and Debtor is entitled to relief under the chapter to which conversion is sought, the court orders as follows:

1. ☐ Motion granted.  This case is converted to chapter 11 pursuant to 11 U.S.C. § 706(a).  If this case is being converted to chapter 13, Debtor must file a Chapter 13 Plan no later than 14 days after the date of the entry of this order.

2. ☐ Motion granted.  This case is converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

   a. Within 14 days of the date of this order, the debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must file a schedule of unpaid debts incurred after commencement of the chapter 11 case.

   b. Within 30 days of the date of this order, the debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must file and transmit to the United States trustee a final report and account.

   c. The Debtor or chapter 11 trustee, if the Debtor is not a debtor in possession, must immediately turn over to the chapter 7 trustee all records and property of the estate remaining in its custody and control.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 1                           **F 1017-1.1.ORDER.DEBTOR.CONVERT**

    d. Within 14 days of the date of this order, the Debtor must file the statements and schedules required by FRBP 1019(1)(A) and 1007, if such documents have not already been filed.

    e. If the Debtor is an individual, within 30 days of the date of this order or before the first date set for the meeting of creditors, whichever is earlier, Debtor must file a statement of intention with respect to retention or surrender of property securing consumer debts.

    f. Within 30 days of the date of this order, the Debtor must, if the case is converted AFTER confirmation of a plan, file:

       (1) A schedule of all property not listed in the final report and account which was acquired after commencement of the chapter 11 case but before entry of this order.

       (2) A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 11 case but before entry of this order, and

       (3) A schedule of unpaid debts not listed in the final report and account which were incurred after the commencement of the chapter 11 case but before entry of this order.

3. ☐ Motion denied without prejudice on the following grounds *(specify):*    ☐ See attached page

4. ☐ Motion denied with prejudice on the following grounds:

    a. ☐ Case previously converted under 11 U.S.C. §    ☐ 1112    ☐ 1208    ☐ 1307

    b. ☐ Debtor is not an eligible debtor under the chapter to which conversion is sought

    c. ☐ Debtor is not acting or has not acted in good faith and, therefore, is not eligible to be a debtor under chapters 11, 12 or 13

    d. ☐ Debtor is not a debtor in possession as required under 11 U.S.C. § 1112

    e. ☐ Case was originally commenced as an involuntary chapter 11 case and is not eligible for automatic conversion under 11 U.S.C. § 1112

5. ☒ This matter is set for hearing as follows:    *Date: January 30, 2020*    *Time: 2:00 p.m.*    *Courtroom: 301*
Address of courtroom: *21041 Burbank Blvd., Woodland Hills, CA 91367*

6. ☒ Notice is required as follows *(specify)*: *By December 30, 2019, the debtor must file and serve notice of the hearing on the chapter 7 trustee, the United States Trustee and all creditors.*    ☐ See attached page

7. ☐ Court further orders as follows *(specify)*: _____    ☐ See attached page

###

Date: December 20, 2019

                                      Victoria S. Kaufman
                                      United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 1017-1.1.ORDER.DEBTOR.CONVERT